374 A.2d 700

Commonwealth v. Carter, Appellant.

Submitted October 8, 1976.   Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;   William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

374 A.2d 701

Commonwealth v. Chisena, Appellant.

Argued March 23, 1977.   Burton A. Rose, for appellant;   Thomas M. Regan, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated and the case is remanded to allow appellant to file post-trial motions *nunc pro tunc.*